IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARWECH NYABOL CHUT, | ) | |
| Plaintiff, | ) | 4:06CV3033 |
| v. | ) | |
| CHIEF OF HASTINGS POLICE DEPARTMENT, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that defendant City of Hastings Police Department's unopposed Motion to Reconsider (Filing No. 42) is granted. Filing No. 40 is amended to the extent that the defendant is not required to respond to any discovery which has not been served upon him

DATED this 19th day of April, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge