IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARWECH NYABOL CHUT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3033 |
| | ) | |
| V. | ) | |
| | ) | |
| CHIEF OF HASTINGS POLICE DEPARTMENT, | ) ) ) | ORDER SETTING SCHEDULE FOR PROGRESSION OF CASE |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED:

The Final Pretrial Conference is continued from February 19 to **February 26, 2008 at 10:00 a.m.** before the undersigned magistrate judge. Prior to the pretrial conference, all items as directed in NECivR 16.2 and full preparation shall have been completed so that trial may begin at any time following the Pretrial Conference.

If a plaintiff is held in an institution, the pretrial conference will be by telephone. In that case, Defense counsel shall contact the plaintiff's institution in advance and arrange to initiate and place the conference call.

All other deadlines in the Order Setting Schedule for Progression of Case, filing 52, remain in effect.

The Clerk of the court is directed to set a pro se case management deadline in this case using the following text "Pretrial conference before Magistrate Judge Piester to be held on **February 26, 2008.**"

DATED October 17, 2007.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge